IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVEN PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALVOGEN PINE BROOK LLC, ) <br> ALVOGEN, INC., and 3M COMPANY, ) <br> ) <br> Defendants. ) | C.A. No. 17-1429-LPS |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 and the terms of a separate agreement, Plaintiff Noven Pharmaceuticals, Inc. ("Noven") and Defendants Alvogen Pine Brook LLC, Alvogen, Inc. and 3M Company ("Defendants") hereby stipulate and agree that all claims between Noven and Defendants in the above-referenced action are hereby dismissed with prejudice, and each party shall bear its own costs, attorneys' fees, and expenses.   Nothing herein prohibits or restricts the Food and Drug Administration from reviewing or approving ANDA No. 208548.

| | |
|---|---|
| ASHBY GEDDES | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| /s/ Andrew C. Mayo | /s/ Dominick T. Gattuso |
| John G. Day (#2403) <br> Andrew C. Mayo (#5207) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> (302) 654-1888 <br> jday@ashbygeddes.com <br> amayo@ashbygeddes.com | Dominick T. Gattuso (#3630) <br> Aaron M. Nelson (#5941) <br> 300 Delaware Avenue, Suite 200 <br> Wilmington, DE  19801 <br> (302) 472-7300 <br> dgattuso@hegh.law <br> anelson@hegh.law |
| *Attorneys for Plaintiff* <br> *Noven Pharmaceuticals, Inc.* | *Attorneys for Alvogen Pine Brook LLC,* <br> *Alvogen, Inc. and 3M Company* |

2

SO ORDERED this _____ day of _____, 2018.

                                                       _____
                                                       Chief, United States District Judge